IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JERRY IVERY
JACQUELINE D. IVERY
    Plaintiffs,

v.  No. 08-2205-B

AMERIQUEST MORTGAGE COMPANY
    Defendant.

_____

**ORDER OF REFERENCE**
_____

    Before the Court is the Petition for a Temporary Restraining Order filed in conjunction with the Complaint on April 3, 2008. This matter is hereby referred to the United States Magistrate Judge for determination, or in the alternative, for a report and recommendation. Any objections to the magistrate judge's order or report and recommendation shall be made within ten (10) days after service of the report, setting forth particularly those portions of the report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's report will constitute a waiver of that objection. See Rule 72(b), Federal Rules of Civil Procedure.

    **IT IS SO ORDERED** this 3rd day of April, 2008.


                                             s/ J. DANIEL BREEN
                                             UNITED STATES DISTRICT JUDGE