| Intake Clerk: | Receipt Number: | Receipt Date: |
|---|---|---|
| anthony | M112595 | 04/04/2008 |



# United States District Court

Western District of Tennessee

Western Division-Memphis  
167 N. Main, Room 242  
Memphis, TN 38103  
(901) 495 - 1200

Eastern Division-Jackson  
Room 262, 111 South Avenue  
Jackson, TN 38301  
(731) 421-9200

---

Received From:  
**PAUL ROBINSON**

**Cash:**  
**Check:**  
**Credit:**  
**Money Order:** $350.00    MO Nbr: 12258871896  
**EFT:**  
**Total Amount Owed:** $350.00  
**Total Amount Paid:** $350.00  
**Change:** $.00

---

**Receipt Details**

1  Civil Filing Fee        **Amount Owed:**    $350.00  
   Case Number 2:08CV2205  
   JERRY IVERY, ET AL vs AMERIQUEST MORTGAGE

---

Total Lines: 1        **Total Amount:**    **$350.00**