

≋AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Jerry L. Ivery
Jacqueline D. Ivery

V.

Ameriquest Mortgage Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:08-cv-02205

TO: (Name and address of Defendant)

Ameriquest Mortgage Company
by serving Registered Agent
National Registered Agents, Inc.
1900 Church Street, Suite 400
Nashville, Tennessee 37203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul A. Robinson Jr.
94 South Main
Memphis, Tennessee 38103

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

THOMAS M. GOULD                               4/29/2008
CLERK                                          DATE

S/ ANTHONY JOHNSON
(By) DEPUTY CLERK