AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Jerry L. Ivery
Jacqueline D. Ivery

**SUMMONS IN A CIVIL ACTION**

V.

Ameriquest Mortgage Company

CASE NUMBER:  2:08-cv-02205

TO: (Name and address of Defendant)

> Ameriquest Mortgage Company
> by serving Registered Agent
> National Registered Agents, Inc.
> 1900 Church Street, Suite 400
> Nashville, Tennessee 37203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Paul A. Robinson Jr.
> 94 South Main
> Memphis, Tennessee 38103

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

THOMAS M. GOULD

CLERK

(By) DEPUTY CLERK

DATE  April 29, 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5-12-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Paul A. Robinson Jr. | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Nat'l Registered Agents, Inc. 1900 Church Street, Ste. 400 Nashville, TN. 37203

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-12-08
　　　　　　　Date　　　　　　　　Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.