FILED BY
*w'ro*

MAY 2 1 2008

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re: Administrative Order           No. 2008-14

**Order Reassigning Civil Cases from Judge J. Daniel Breen to S. Thomas Anderson**

The cases listed below are hereby reassigned to the Honorable S. Thomas Anderson for all further proceedings:

| Case No. | Case Name |
|---|---|
| 01-3041 | Memphis-Shelby Cty. v. Illinois Valley, et al. |
| 02-2715 | Calaway v. Schucker |
| 03-2307 | Johnson v. City of Memphis |
| 03-2649 | Memphis-Shelby Cty, et al. v. U.S. Fire Ins. Co. |
| 03-2950 | Farnsworth v. Baxter, et al. |
| 04-2163 | Trew v. American Institute, et al. |
| 04-2264 | Williams v. Parker |
| 04-2420 | Bancorpsouth Bank, Inc. v. Herter, et al. |
| 04-2697 | USA, et al. v. Memphis Radiological Professional Corporation, et al. |
| 04-2750 | Barnett v. Luttrell, et al. |
| 04-2923 | Lora v. Outlaw |
| 04-3027 | Smith & Nephew, Inc. v. New Hampshire Insurance Company, et al. |
| 05-2066 | Cornish v. U.S.A. |
| 05-2073 | Isom v. Illinois Central Railroad Company |

| | |
|---|---|
| 05-2180 | Miller v. U.S.A. |
| 05-2233 | Lacefield v. New York Times, et al. |
| 05-2393 | Goree v. United Parcel Service, Inc., et al. |
| 05-2432 | Triplett v. Shelby County Division of Corrections, et al. |
| 05-2468 | Powers v. NWA, Inc., et al. |
| 05-2496 | Wilson v. Harris, et al. |
| 05-2501 | Owens v. Dotson |
| 05-2556 | Inman Beers v. Transcontinental Insurance Company of New York, et al. |
| 05-2575 | Graddy v. Barnhart |
| 05-2625 | Willis v. Shelby County, Tennessee, et al. |
| 05-2717 | Equal Employment Opportunity Commission v. Tri-State Plumbing, Heating & Air Conditioning Contractors, Inc., et al. |
| 05-2727 | McNeil v. Travelers Insurance Company |
| 05-2744 | Vick v. Love, et al. |
| 05-2774 | Owens, et al. v. Corrections Corporation of America, et al. |
| 05-2966 | Aldridge, et al. v. City of Memphis, et al. |
| 05-2967 | Methodist Healthcare v. Admiral Insurance Company |
| 05-2979 | Mangrum v. Kebede, et al. |
| 06mc0001 | Dubrule v. U.S.A. |
| 06-2050 | Henderson v. Bell |
| 06-2083 | Blossom v. U.S. Bureau of Prisons, et al. |

| | |
|---|---|
| 06-2109 | Adcock v. City of Memphis |
| 06-2120 | Larry v. U.S.A. |
| 06-2143 | Rayford v. Sirchie Finger Print Laboratories, Inc. |
| 06-2170 | Berryhill v. City of Memphis, et al. |
| 06-2275 | Jones v. The Regional Medical Center |
| 06-2281 | White v. Mid-South Transportation Management |
| 06-2344 | Gamble v. Parker |
| 06-2385 | Solid Gold Casino Hotel & Resort, Inc. v. Matrix Management Group, et al. |
| 06-2387 | Burleson v. Ash, et al. |
| 06-2407 | Hester, et al. v. City of Memphis, et al. |
| 06-2429 | Martin v. City of Memphis, et al. |
| 06-2437 | Alattiyat v. City of Memphis, et al. |
| 06-2454 | McGhaw v. Security Fire Protection |
| 06-2519 | Walker v. Barnhart |
| 06-2522 | Taylor v. Luttrell, et al. |
| 06-2549 | Shelby County Health Care Corporation v. Majestic Star Casino |
| 06-2601 | Rhoades v. Kindred Nursing Centers Limited Partnership, et al. |
| 06-2603 | Kirk v. American Home Mortgage Corp. |
| 06-2611 | Equal Employment Opportunity Commission v. Sharp Manufacturing Company |
| 06-2660 | Jones, et al. v. Partner, et al. |
| 06-2700 | Holland v. U.S.A., et al. |
| 06-2724 | Lewis v. Norfolk Southern Railway Company |

| | |
|---|---|
| 06-2742 | Chandler v. Daly |
| 06-2745 | Nalawagan v. Dang, et al. |
| 06-2763 | Rhynes-Hawkins v. Potter, et al. |
| 06-2764 | Hawkins v. Potter, et al. |
| 06-2768 | Geeslin v. Bryant |
| 06-2769 | Blancett v. City of Germantown |
| 06-2777 | Williams v. Luttrell, et al. |
| 06-2790 | Wiggins v. Parker |
| 06-2824 | Boyd v. Parker |
| 06-2832 | Davis v. Parker |
| 06-2847 | Lexington Insurance Company v. Tubbs |
| 06-2860 | Murphy v. Tennessee Department of Corrections, et al. |
| 06-2868 | Dickens v. Interstate Brands Corporation |
| 06-2874 | Gailes v. Federal Express Corp. |
| 07mc0017 | Weyerhaeuser Company v. SPX Corporation |
| 07-2002 | Forbis v. Broadspire Service, Inc., et al. |
| 07-2016 | Zoroufie v. Lance, Inc., et al. |
| 07-2018 | Morales v. White, et al. |
| 07-2019 | Speck v. City of Memphis |
| 07-2031 | Farrow v. Benton |
| 07-2070 | Young v. Covington Police Department, et al. |
| 07-2079 | Boggs v. Pearson |

| | |
|---|---|
| 07-2096 | Boone, et al. v. Boston Cancer Group, PLC |
| 07-2133 | Shelby County Health Care Corporation v. Bender, et al. |
| 07-2137 | Hudson v. Memphis City Schools Board of Education |
| 07-2142 | Bass v. Shelby County, Tennessee, et al. |
| 07-2149 | Bridgeman v. U.S.A. |
| 07-2166 | McNeil v. City of Memphis |
| 07-2198 | Foy v. Memphis Police Department |
| 07-2203 | Webb v. Root, et al. |
| 07-2214 | Rogers v. Parker, et al. |
| 07-2227 | Johnson v. Interstate Brands Corporation |
| 07-2242 | Caldwell v. Building Plastics, Inc. |
| 07-2283 | Cooper v. Shelby County, Tennessee, et al. |
| 07-2290 | Memphis Biofuels LLC v. U.S. Alternative Fuels, LLC, et al. |
| 07-2305 | Bennett v. Ermco Components, Inc. |
| 07-2307 | Fleetwood Financial v. Memphis Orthopaedic Group, P.C. |
| 07-2309 | Brown v. U.S.A. |
| 07-2316 | Bekaert Corporation v. City of Dyersburg, et al. |
| 07-2318 | Hightower v. Shelby County, et al. |
| 07-2344 | Bell v. Brady, et al. |
| 07-2349 | Carr v. Fortner |
| 07-2362 | Smith & Nephew, Inc. v. Zimmer, Inc. |
| 07-2373 | Middlebrook v. State of Tennessee Department of Corrections, et al. |

| | |
|---|---|
| 07-2378 | Franklin-Gavin v. Autozone, Inc. |
| 07-2400 | Powell v. Ford Motor Company, Inc. |
| 07-2401 | Smith v. Commissioner of Social Security Administration |
| 07-2412 | Harper v. Dillards |
| 07-2418 | Riddick v. Barnhart |
| 07-2424 | Bey v. Federal Bureau of Prisons, et al. |
| 07-2429 | Anderson v. Stafford |
| 07-2430 | Culver v. Cordova Rehabilitation and Nursing Center, et al. |
| 07-2443 | Britton v. Nahon, Saharovich & Trotz PLC |
| 07-2453 | Sid Mike 99 LLC v. Sun Trust Bank Inc. |
| 07-2454 | Shankle v. State of Tennessee, et al. |
| 07-2469 | Haywood v. Hulcher Services |
| 07-2471 | U.S.A. v. Fifteen Thousand Dollars |
| 07-2475 | Campbell v. Astrue |
| 07-2504 | White v. H.K.-Summer, L.L.C., et al. |
| 07-2508 | U.S.A. v. One Men's Rolex Pearl Master Watch, Serial #K573643 |
| 07-2536 | Smith v. Gale, et al. |
| 07-2538 | The Hangar, Inc. v. Southeastern Asset Management, LLC, et al. |
| 07-2543 | Robinson v. The Rooto Corporation |
| 07-2546 | Bennett v. Menlo Logistics, et al. |
| 07-2547 | Young, et al. v. Olympus America Inc. |
| 07-2553 | Anderson v. Swift Transportation Co., Inc., et al. |

| | |
|---|---|
| 07-2554 | Daniel v. Nicholson, et al. |
| 07-2557 | Maze v. Henley, et al. |
| 07-2580 | Jack Tyler Engineering Company, Inc. v. TLV Corporation |
| 07-2588 | Turner v. U.S.A. |
| 07-2604 | Byrd v. U.S.A. |
| 07-2605 | Stewart v. Trumbull Laboratories, LLC |
| 07-2623 | Haines v. Astrue |
| 07-2632 | Haymon v. Easterling |
| 07-2637 | Robertson v. City of Memphis, et al. |
| 07-2638 | Porter v. City of Dyersburg, Tennessee, et al. |
| 07-2640 | Smith v. Interstate Brands Corporation |
| 07-2643 | Gentry v. Astrue |
| 07-2664 | First Tennessee Bank National Association v. Pacific America Group, Inc., et al. |
| 07-2665 | Johnson v. Potter |
| 07-2699 | Miller v. Primacy Relocation |
| 07-2703 | U.S.A. v. Thirteen Thousand Five Hundred Dollars |
| 07-2707 | Jones v. Southwest Tennessee Community College, et al. |
| 07-2713 | Weakly, et al. v. Seeds, Inc. |
| 07-2717 | Gray v. DynaPel Systems, Inc. |
| 07-2719 | Beadle v. Memphis City Schools, et al. |
| 07-2739 | Horton v. U.S.A. |
| 07-2753 | Linker, et al. v. Odoh, et al. |

| | |
|---|---|
| 07-2761 | Merit Electrical, Inc. v. Skanska USA Building, Inc. |
| 07-2765 | Hajjem v. U.S. Department of Homeland Security, et al. |
| 07-2768 | Overton v. U.S.A. |
| 07-2773 | Bass v. Alacrity Lending, et al. |
| 07-2798 | Ingram v. Turner, et al. |
| 07-2804 | Johnson v. Mills, et al. |
| 07-2808 | Glover, et al. v. FedEx Corporation Voluntary Accidental Death and Dismemberment Plan, et al. |
| 07-2813 | Bishara v. Bascom, et al. |
| 07-2816 | Steele v. Wright Medical Technology, Inc. |
| 07-2817 | Pyun v. Chertoff, et al. |
| 07-2825 | Doe v. Herenton, et al. |
| 07-2834 | Allen v. Northwest Airlines, Inc., et al. |
| 07-2836 | McVay v. Circle Stores, Inc., et al. |
| 07-2844 | Lemons v. Astrue |
| 07-2851 | Winder v. Lowe's |
| 07mc00004 | Memphis Publishing Company |
| 07mc00012 | SEALED |
| 08-2005 | Pinnacle Airlines, Inc. v. Air Line Pilots Association, International |
| 08-2007 | Craig v. Luttrell, et al. |
| 08-2008 | Holland v. Astrue |
| 08-2015 | Mickens et al. v. Cargill, Inc., et al. |

8

| | |
|---|---|
| 08-2016 | Hill, et al. v. U.S.A. |
| 08-2019 | Aldridge et al. v. City of Memphis |
| 08-2023 | Logue v. Nissan North America, Inc., et al. |
| 08-2024 | Coleman v. State of Tennessee |
| 08-2028 | Groomes v. Parker |
| 08-2039 | Nova Molecular Technologies, Inc. v. Penn Specialty Chemicals, Inc. |
| 08-2041 | Chanel, Inc. v. Michelle & Scott's Wholesale Imports, LLC, et al. |
| 08-2052 | Johnson v. Cargill, Inc., et al. |
| 08-2053 | Trotter v. Cargill, Inc., et al. |
| 08-2054 | Doss v. Cargill, Inc., et al. |
| 08-2055 | Coburn v. Cargill, Inc., et al. |
| 08-2056 | Lewis v. Cargill, Inc., et al. |
| 08-2057 | Howard v. Cargill, Inc., et al. |
| 08-2058 | Seay v. Cargill, Inc., et al. |
| 08-2059 | Winston v. Cargill, Inc., et al. |
| 08-2064 | Szumal v. Go Trans, Inc. |
| 08-2070 | Vick v. Shelby County Sheriff's Department, et al. |
| 08-2097 | Fleet Safety Equipment, Inc. v. Kizer |
| 08-2101 | East Brooks Books, Inc. v. Shelby County, Tennessee, et al. |
| 08-2103 | Christian v. Astrue |
| 08-2111 | Cole v. State of Tennessee |
| 08-2113 | Davis v. Matthews, et al. |

| | |
|---|---|
| 08-2119 | Jain v. Memphis-Shelby County Airport Authority, et al. |
| 08-2120 | Mason v. Federal Express, et al. |
| 08-2128 | Proctor v. U.S.A. |
| 08-2130 | Siteworks Solutions, LLC v. Oracle Corporation, et al. |
| 08-2153 | Gallagher, et al. v. E.W. Scripps Company et al. |
| 08-2155 | The Lincoln National Life Insurance Company v. Wright, et al. |
| 08-2156 | Jimmy Hudspeth Architect, PA v. Chorley, et al. |
| 08-2164 | Matthews v. Parker |
| 08-2176 | Grain Dealers Mutual Insurance Company v. Hair Club for Men, Ltd., Inc., et al. |
| 08-2182 | Saino, et al. v. The Lifeblood Foundation, et al. |
| 08-2186 | Richmond v. Macy's Inc. |
| 08-2197 | Gill v. Aramark Food Services, et al. |
| 08-2205 | Ivery, et al. v. Ameriquest Mortgage Company |
| 08-2209 | White v. City of Memphis |
| 08-2214 | Card v. Astrue |
| 08-2216 | Johnson v. U.S.A. |
| 08-2218 | Cole v. Taber, et al. |
| 08-2223 | U.S.A. v. Johnson |
| 08-2230 | Pietrangelo v. The Tracking Corporation, et al. |
| 08-2239 | Simmons v. U.S.A. |
| 08-2246 | Partee, et al. v. Callahan, et al. |
| 08-2261 | Vannucci v. Erica L. Brachfield P.C. |

| | |
|---|---|
| 08-2265 | Coleman, et al. v. Shelby County Government, et al. |
| 08-2266 | Bynum v. Midtown Mental Health Center, et al. |
| 08-2267 | Johnson v. J.P. Morgan Chase Bank, N.A., et al. |
| 08-2272 | McKillip v. Morrow, et al. |
| 08-2273 | Smith v. U.S.A. |
| 08-2285 | Means v. Castillo |
| 08-2289 | Walker v. Fayette County Commissioners, et al. |
| 08-2293 | Sims v. First Horizon National Corporation, et al. |
| 08-2299 | St. Jude's Children's Research Hospital v. Quest Diagnostics |

IT IS SO ORDERED this 21st day of May, 2008.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE