IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JERRY L. IVERY AND JACQUELINE D. IVERY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )     CASE NO. 2:08-CV-02205 ) |
| AMERIQUEST MORTGAGE COMPANY, | ) ) ) |
| Defendant. | ) |

**AMERIQUEST'S MOTION FOR STAY OF ALL PROCEEDINGS**

Defendant Ameriquest Mortgage Company ("Ameriquest") hereby moves to stay the lawsuit initiated by Plaintiffs Jerry L. Ivery and Jacqueline D. Ivery on April 29, 2008, pending resolution of the transfer of this matter to Multidistrict Litigation No. 1715.

As grounds for this Motion, Ameriquest avers that it will be identifying this lawsuit to the Judicial Panel on Multidistrict Litigation as a "tag-along" or related matter to MDL 1715. A stay, therefore, is warranted to preserve judicial resources and to avoid any prejudice to Ameriquest.

In further support of this Motion, Ameriquest rely on the Pleadings filed herein and its Memorandum of Law in Support of Ameriquest's Motion for Stay of All Proceedings filed contemporaneously herewith. Ameriquest respectfully requests that the Court grant this Motion and issue a temporary stay pending the MDL Panel's decision to transfer this lawsuit to MDL 1715.

This the 6th day of June, 2008.

/s/ Katherine K. Layhew
Katherine Knight Layhew (BPR # 22274)
**BURR & FORMAN LLP**
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 724-3219
Facsimile: (615) 724-3319
E-mail: klayhew@burr.com

*Counsel for Ameriquest Mortgage Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 6th, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

    Paul A. Robinson, Jr., Esq.,
    35 Union Ave. Suite 101
    Memphis, Tennessee  38301
    (901) 525-2833
    *Counsel for Plaintiff*


    /s/ Katherine K. Layhew
    Katherine Knight Layhew (BPR # 22274)