UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **JERRY L. IVERY AND JACQUELINE D. IVERY,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | No. 08-2205-STA |
| **AMERIQUEST MORTGAGE COMPANY,** | ) ) ) | |
| **Defendant.** | ) | |

### ORDER GRANTING MOTION TO STAY

Before the Court is Defendant's Motion to Stay (D.E. # 8) filed on June 6, 2008. The Court notes that Plaintiff has failed to respond within the time allowed by rule. Local Rule 7.2(a)(2) states, "Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." Additionally, Defendant's Motion appears to be well taken. Therefore, the Motion is **GRANTED**.

IT IS SO ORDERED.

/s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: July 14, 2008