# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

July 16, 2008

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL No. 1715 -- IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-46)

08-2205-STA

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 30, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Tanisha Spinner
Tanisha Spinner
Deputy Clerk

Attachment

cc:  Transferee Judge:      Judge Marvin E. Aspen
     Transferor Judges:     (See Attached List of Judges)
     Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

    JUL 1 6 2008

     CLERK'S OFFICE
  JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 3 0 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-46)**

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 319 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                    MDL No. 1715

## SCHEDULE CTO-46 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**            **CASE CAPTION**

GEORGIA NORTHERN
  GAN  1  08-1864              Janice Long, et al. v. Ameriquest Mortgage Co., et al.

MICHIGAN EASTERN
  MIE  2  08-10478             Carleton Whitsett, et al. v. Ameriquest Mortgage Co., et al.
  MIE  2  08-12307             Donna E. Marcum v. Ameriquest Mortgage Co., et al.

PENNSYLVANIA EASTERN
  ~~PAE  2  08-2002~~          ~~George Plummer v. Deutsche Bank National Trust Co., et al.~~
                               Opposed 7/15/08

TENNESSEE WESTERN
  TNW  2  08-2205              Jerry L. Ivery, et al. v. Ameriquest Mortgage Co.

                **BKY.**
**DIST. DIV. ADVY. #**          **CASE CAPTION**

MASSACHUSETTS
  ~~MA  1  08-1109~~           ~~Francis Whratee Nyepon v. WM Specialty Mortgage, LLC, et al.~~
                               Opposed 7/15/08

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

## INVOLVED COUNSEL LIST (CTO-46)

Russell T. Abney
BEASLEY ALLEN CROW
METHVIN PORTIS
  & MILES PC
234 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

D. Richard Black, Jr.
LAW OFFICE OF D RICHARD
BLACK
283 Howard Avenue
Holland, MI 49424

Gregory N. Blase
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111

Brandon M. Blazo
DYKEMA GOSSETT PLLC
400 Rennaisance Center
35th Floor
Detroit, MI 48243

David A. Breuch
CLARK HILL PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Robert P. Cocco
LAW OFFICES OF
ROBERT COCCO PC
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Dudley Goar
91 Main Street, #206
Concord, MA 01742

Katherine K. Layhew
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203

Bernard E. LeSage
BUCHALTER NEMER PC
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017

Jeffrey B. Loeb
RICH MAY PC
The Weld Building
176 Federal Street
6th Floor
Boston, MA 02110

Marvin Allen Miller
MILLER LAW LLC
115 South LaSalle Street,
Suite 2910
Chicago, IL 60603

Saul M. Ostroff
LAW OFFICES OF
SAUL M OSTROFF
24 Union Avenue
#5
Framingham, MA 01702

Dominic J. Rizzi
FAUCHER & CAFFERTY
30 N. LaSalle Street
Suite 3200
Chicago, IL 60602

William H. Robertson, V
BEASLEY ALLEN CROW
METHVIN PORTIS
  & MILES PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Paul Anthony Robinson, Jr.
LAW OFFICES OF
PAUL ROBINSON
147 Jefferson Avenue
Suite 905
Memphis, TN 38103

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 West Wacker Drive
45th Floor
Chicago, IL 60601

Marshall A. Yee
KEMPF & YEE
913 W. Holmes Rd.
Suite 130
Lansing, MI 48910-0436

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

## INVOLVED JUDGES LIST (CTO-46)

Hon. S. Thomas Anderson
U.S Magistrate Judge
United States Courthouse, 4th Floor
111 South Highland Avenue
Jackson, TN 38301

Hon. Avern Cohn
Senior U.S. District Judge
219 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Clarence Cooper
U.S. District Judge
1701 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

~~Hon. William C. Hillman~~
~~U.S. Bankruptcy Judge~~
~~1101 Thomas P. O'Neill, Jr. Federal Building~~
~~10 Causeway Street~~
~~Boston, MA 02222-1047~~

Hon. Denise P. Hood
U.S. District Judge
235 Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

~~Hon. Berle M. Schiller~~
~~U.S. District Judge~~
~~5614 U.S. Courthouse~~
~~601 Market Street~~
~~Philadelphia, PA 19106~~

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                               MDL No. 1715

## INVOLVED CLERKS LIST (CTO-46)

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

~~James M. Lynch, Clerk~~
~~United States Bankruptcy Court~~
~~1101 Thomas P. O'Neill, Jr. Federal Building~~
~~10 Causeway Street~~
~~Boston, MA 02222-1047~~

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

~~Michael E. Kunz, Clerk~~
~~2609 James A. Byrne U.S. Courthouse~~
~~601 Market Street~~
~~Philadelphia, PA 19106-1797~~

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103