

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 6 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 3 0 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

FILED: JULY 16, 2008
08CV4293
JUDGE ASPEN

CEM

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-46)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 319 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL 1 6 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ DOROTHY KELLER-FLOWERS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: JULY 30, 2008

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                    MDL No. 1715

### SCHEDULE CTO-46 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**                **CASE CAPTION**

GEORGIA NORTHERN
  GAN  1  08-1864              Janice Long, et al. v. Ameriquest Mortgage Co., et al. - 08cv4290

MICHIGAN EASTERN
  MIE  2  08-10478             Carleton Whitsett, et al. v. Ameriquest Mortgage Co., et al. - 08cv4291
  MIE  2  08-12307             Donna E. Marcum v. Ameriquest Mortgage Co., et al. - 08cv4292

PENNSYLVANIA EASTERN
  ~~PAE  2  08-2002~~            ~~George Plummer v. Deutsche Bank National Trust Co., et al.~~
                                    Opposed 7/15/08

TENNESSEE WESTERN
  TNW  2  08-2205              Jerry L. Ivery, et al. v. Ameriquest Mortgage Co. - 08cv4293

        **BKY.**
**DIST. DIV. ADVY. #**               **CASE CAPTION**

MASSACHUSETTS
  ~~MA  1  08-1109~~             ~~Francis Whratee Nyepon v. WM Specialty Mortgage, LLC, et al.~~
                                    Opposed 7/15/08



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
312-435-5698

July 29, 2008

Clerk of the Court

242 Clifford Davis and Odell
Horton Federal Bldg
167 North Main Street
Memphis, TN 38103

Dear Clerk:

**Re: MDL 1715 CTO 46 - Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**

Your case number: 2:08 - 2205 Jerry L. Ivery, et al., v. Ameriquest Mortgage Co.
Our case number:    **08 cv 4293 - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E. Aspen.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:    /s/ Dorothy Keller-Flowers
Supervisor in Operations