# U.S. District Court
# Western District of Tennessee (Memphis)
# CIVIL DOCKET FOR CASE #: 2:08−cv−02205−STA−dkv

| | |
|---|---|
| Ivery et al v. Ameriquest Mortgage Company | Date Filed: 04/03/2008 |
| Assigned to: Judge S. Thomas Anderson | Date Terminated: 07/30/2008 |
| Referred to: Magistrate Judge Diane K. Vescovo | Jury Demand: None |
| Cause: 15:1601 Truth in Lending | Nature of Suit: 430 Banks and Banking |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jerry L. Ivery**     represented by **Paul Anthony Robinson, Jr.**
LAW OFFICES OF PAUL ROBINSON
147 Jefferson Ave.
Ste. 905
Memphis, Tn 38103
901−649−4053
Fax: 901−649−4053
Email: problaw9@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline D. Ivery**     represented by **Paul Anthony Robinson, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**     represented by **Katherine Knight Layhew**
BURR &FORMAN, LLP− Nashville
3102 West End Avenue
700 Two American Center
Nashville, TN 37203
615−724−3200
Fax: 615−724−3319
Email: kknight@burr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2008 | Ï 1 | COMPLAINT for Damages and Petitoin for Temporary Restraining Order against Ameriquest Mortgage Company, filed by Jerry L. Ivery, Jacqueline D. Ivery. (Attachments: # 1 Civil Cover Sheet)(ehg, ) (Additional attachment(s) added on 4/4/2008: # 2 judges' cards) (agj, ). (Entered: 04/03/2008) |

| | | |
|---|---|---|
| 04/03/2008 | Ï 2 | ORDER REFERRING PETITION FOR A TEMPORARY RESTRAINING ORDER. Signed by Judge J. Daniel Breen on 4/3/2008. (Breen, J.) (Entered: 04/03/2008) |
| 04/04/2008 | Ï 3 | Case initiation fee: $ 350.00, receipt number M112595 (agj, ) (Entered: 04/04/2008) |
| 04/29/2008 | Ï 4 | Summons Issued as to Ameriquest Mortgage Company. (vjm, ) (Entered: 04/30/2008) |
| 05/14/2008 | Ï 5 | SUMMONS Returned Executed by Jerry L. Ivery, Jacqueline D. Ivery. (Robinson, Paul) (Entered: 05/14/2008) |
| 05/21/2008 | Ï 6 | ORDER REASSIGNING CASE. Case reassigned to Judge S. Thomas Anderson for all further proceedings. Judge J. Daniel Breen no longer assigned to case. Signed by Judge J. Daniel Breen on 5/21/2008. (ehg, ) (Entered: 05/23/2008) |
| 06/02/2008 | Ï 7 | ANSWER to 1 Complaint, by Ameriquest Mortgage Company.(Layhew, Katherine) (Entered: 06/02/2008) |
| 06/06/2008 | Ï 8 | MOTION to Stay *All Proceedings* by Ameriquest Mortgage Company. (Layhew, Katherine) (Entered: 06/06/2008) |
| 06/06/2008 | Ï 9 | MEMORANDUM in Support re 8 MOTION to Stay *All Proceedings* filed by Ameriquest Mortgage Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Layhew, Katherine) (Entered: 06/06/2008) |
| 06/06/2008 | Ï 10 | CERTIFICATE of Counsel re 8 MOTION to Stay *All Proceedings* by Katherine Knight Layhew on behalf of Ameriquest Mortgage Company (Layhew, Katherine) (Entered: 06/06/2008) |
| 06/09/2008 | Ï 11 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 9 Memorandum in Support of Motion filed by Ameriquest Mortgage Company, 8 MOTION to Stay *All Proceedings* filed by Ameriquest Mortgage Company, 10 Certificate of Counsel filed by Ameriquest Mortgage Company has been filed. For future reference, please note A memorandum, exhibit or additional documents filed with your motion will be an attachment. Filer is not required to resubmit document. (ehg, ) (Entered: 06/09/2008) |
| 07/14/2008 | Ï 12 | ORDER granting 8 Motion to Stay. Signed by Judge S. Thomas Anderson on 7/14/08. (Anderson, S.) (Entered: 07/14/2008) |
| 07/21/2008 | Ï 13 | (information copy) Conditional Transfer Order (CO–46); MDL 1715; case to be transferred to the Northern District of Illinois. (ehg, ) (Entered: 07/22/2008) |
| 07/30/2008 | Ï 14 | CONDITIONAL TRANSFER ORDER (CTO–46); MDL 1715; case transferred to the Northern District of Illinois. (Assigned case # 08cv4293).. Signed by Clerk of the Panel 7/30/2008. (Attachments: # 1 Transfer Request Letter)(ehg) (Entered: 07/30/2008) |